UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. KAREE CUNNINGHAM**    Mag. No. 20-9007    **SBI: 350002E**

## PETITION FOR WRIT OF HABEAS CORPUS

1. KAREE CUNNINGHAM, SBI#: 350002E, DOB: 3/10/1995, USMS No. 73368-050, is now in State custody and confined at Hudson County Correctional Facility, 30-35 Hackensack Avenue, Kearny, NJ, 07032.

2. Said individual will be required **via video conferencing (ZOOM)** at the U.S. District Court in NEWARK, New Jersey, before the Hon. Susan D. Wigenton for a SENTENCING HEARING on Thursday, April 8, 2021 at 11:00 a.m. A Writ of Habeas Corpus should be issued for that purpose.

DATED: March 28, 2021

/s/ Tracey Agnew
TRACEY AGNEW
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: March 29, 2021

s/Susan D. Wigenton
Hon. Susan D. Wigenton
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to Hudson County Correctional Facility, 30-35 Hackensack Avenue, Kearny, NJ, 07032,

WE COMMAND YOU that you have the body of

**KAREE CUNNINGHAM**
**SBI#: 350002E, DOB: 3/10/1995**

now confined at Hudson County Correctional Facility, 30-35 Hackensack Avenue, Kearny, NJ, 07032, be brought **via video conferencing (ZOOM)** before the United States District Court, the Honorable Susan D. Wigenton, at M.L. King, Jr. Federal Building & U.S. Courthouse, Newark, New Jersey 07102, on Thursday, April 8, 2021 at 11:00 a.m., so that he may appear for a SENTENCING HEARING in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States DISTRICT JUDGE
Newark, New Jersey

DATED: **March 29, 2021**

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *Carmen D. Soto*
Deputy